JOHN M. PELLINI, *ET AL.*, DEFENDANTS-PETITIONERS, v. STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT.

*Mr. Norman Heine* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Justin P. Walder* for the respondent.

October 1, 1962.   Denied.

JOHN LINO, PLAINTIFF-PETITIONER, v. GWENDOLYN M. JOHNSON, DEFENDANT-RESPONDENT.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin* for the petitioner.

*Messrs. Stalter, Doan & DeYoe* and *Mr. Aaron Dines* for the respondent.

October 1, 1962.   Denied.